FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
AUG 25 PM 1:09
CLERK-LAS CRUCES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW MEXICO

**Lindsay Spilsbury,**
Plaintiff,

v.
Civil No. 2:25-cv-00646 KRS

**Demchok et al.,**
Defendants.

---

## AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(42 U.S.C. § 1983, Hate Crimes, and Related Claims)

---

### I. INTRODUCTION

This is a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges that Defendants, acting individually and in concert with law enforcement, engaged in a campaign of harassment, false reporting, and technological intrusion that deprived Plaintiff of fundamental rights secured by the Constitution and laws of the United States.

Defendants weaponized modern technology—cell phones, frequencies, and artificial intelligence—not for communication, but for relentless surveillance, intimidation, and abuse. They conspired with probation authorities and police to amplify this harassment through false reporting and entrapment. They unlawfully accessed federal systems, exploiting Plaintiff's Department of Education records to fabricate fraudulent debt accounts exceeding $46,000.

What should have been ordinary tools of daily life—phones, networks, and records—were converted into instruments of torment. Defendants' conduct was not accidental or trivial; it was deliberate, malicious, and sustained. Plaintiff's privacy, liberty, and bodily integrity have been systematically violated. This Complaint seeks redress for these constitutional and statutory violations, and immediate injunctive relief to stop Defendants' ongoing abuse.

## II. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343, and 42 U.S.C. § 1983. Venue is proper under 28 U.S.C. § 1391(b) because the acts and omissions giving rise to this action occurred in the District of New Mexico.

## III. PARTIES

- **Plaintiff:** Lindsay Spilsbury, resident of New Mexico.
- **Defendants:** Carice Demchok, Seth Demchok, Vera Demchok, Pat Demchok, and Andrew Demchok.

Each Defendant acted in concert and under color of state law, including by conspiring with law enforcement and probation officers.

## IV. LEGAL STANDARD – SECTION 1983

To prevail under § 1983, Plaintiff must show:

1. Deprivation of a right secured by the Constitution or laws of the United States; and
2. That the deprivation was committed by a person acting under color of state law.

Defendants meet both elements: they operated jointly with law enforcement, probation authorities, and federal systems to strip Plaintiff of protected rights.

## V. FACTUAL ALLEGATIONS

1. Defendant Vera Demchok knowingly filed a false police report accusing Plaintiff of stalking, triggering criminal exposure and reputational harm.
2. Defendants conspired with law enforcement while Plaintiff was on probation, resulting in heightened surveillance, entrapment, and harassment.
3. Defendants deployed artificial intelligence technologies to direct continuous verbal abuse, body-focused harassment, and psychological torment at Plaintiff.
4. Defendants unlawfully accessed Department of Education systems, creating at least six fraudulent debt accounts totaling more than $46,000, thereby breaching Plaintiff's privacy and exploiting federal databases.
5. Defendants maintain a continuous electronic "frequency" connection targeting Plaintiff's body and mind, routed through or tied to platforms including Facebook. This frequency causes physical vibration, foul odors, pain, and severe emotional distress.

6. Plaintiff bears permanent marks on her body—including "V"-shaped scars—directly attributable to Defendants' technological assaults.
7. These acts were deliberate, malicious, and carried out with discriminatory animus.

## VI. CLAIMS FOR RELIEF

### COUNT I – First Amendment
Defendants chilled Plaintiff's free speech and right to petition through false police reports, intimidation, and AI-driven harassment.

### COUNT II – Fourth Amendment
Defendants caused unlawful searches and seizures of Plaintiff's privacy, data, and person. Exploitation of Department of Education databases and the continuous frequency constitute warrantless intrusions.

### COUNT III – Fourteenth Amendment
Plaintiff was denied equal protection and due process. Defendants' hate-motivated campaign deprived Plaintiff of liberty, property, and bodily integrity without lawful process.

### COUNT IV – Eighth Amendment
Defendants inflicted cruel and unusual punishment in the form of psychological torment, physical vibration, and technological abuse, despite no lawful sentence authorizing such conduct.

### COUNT V – Federal Hate Crimes Act (18 U.S.C. § 249)
Defendants targeted Plaintiff based on discriminatory animus, engaging in harassment and violence that constitute a hate crime.

### COUNT VI – Privacy Violations / Identity Theft
Defendants unlawfully accessed federal records, created fraudulent debt accounts, and conducted technological surveillance through platforms such as Facebook, violating Plaintiff's right to privacy.

## VII. ORDER TO SHOW CAUSE

Plaintiff requests this Court issue an Order to Show Cause requiring Defendants to explain why they should not be immediately enjoined from further harassment, false reporting, and technological assault.

## VIII. RULE 11 CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 11, Plaintiff certifies that this Complaint is filed in good faith, not for improper purpose, and that the claims and factual contentions have evidentiary support to the best of Plaintiff's knowledge.

## IX. PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

A. Enter judgment against Defendants on all counts;
B. Award compensatory damages of **$1,000,000**;
C. Award punitive damages in an amount to be determined by the Court;
D. Grant injunctive relief prohibiting Defendants from further harassment, use of AI technologies, and unlawful access to Plaintiff's data;
E. Enjoin Defendants from using Facebook or any other platform to transmit frequencies or surveil Plaintiff;
F. Issue an Order to Show Cause compelling Defendants to respond;
G. Award costs, attorney's fees, and any further relief deemed just and proper.

**Respectfully submitted,**
/s/ Lindsay Spilsbury
Plaintiff, Pro Se